IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-343-FDW-DCK

| | |
|---|---|
| MEINEKE CAR CARE CENTERS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| EARL WILLIAMS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by Brian A. Romanzo, concerning Lawrence J. Hilton on October 2, 2015. Mr. Lawrence J. Hilton seeks to appear as counsel *pro hac vice* for Plaintiff Meineke Car Care Centers, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Mr. Lawrence J. Hilton is hereby admitted *pro hac vice* to represent Plaintiff Meineke Car Care Centers, LLC.

**SO ORDERED**.

Signed: October 5, 2015

David C. Keesler
United States Magistrate Judge